UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                               Case No. 20-cr-20162-6

v.                                Honorable Linda V. Parker

ALI ABDELRAZZAQ,

        Defendant.

_____/

## OPINION AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT ALI ABDELRAZZAQ'S MOTION TO EXTEND REPORTING DATE AND ALLOW TRAVEL (ECF NO. 447)

On September 5, 2024, a jury found Defendant Ali Abdelrazzaq guilty of one count of conspiracy to commit health care fraud and wire fraud (Count 1) and two counts of health care fraud (Counts 7 and 8). (ECF No. 290.) The Court subsequently granted Abdelrazzaq's motion for judgment of acquittal as to the individual health care fraud counts, finding insufficient evidence to support the jury's verdict. (ECF No. 324.) On January 15, 2025, the Court sentenced Abdelrazzaq to 24 months' imprisonment on the conspiracy conviction. (ECF No. 359.) He has appealed. (ECF No. 379.)

Abdelrazzaq sought bond pending his appeal (ECF No. 410), which the Court denied (ECF No. 424). He currently is scheduled to surrender to the Bureau of Prisons on July 1, 2025. On June 19, he filed a motion to extend his reporting

date to allow for his 75-year-old mother, who lives in Jordan, to travel to the United States to visit him, or to allow him to travel to Jordan to visit her.  (ECF No. 447.)  The United States opposes the motion.  (ECF No. 449.)  For the reasons set forth below, the Court is granting Abdelrazzaq's request to extend his reporting date to provide time for his mother to visit him in the United States; however, it denies his request to travel outside the United States.

Abdelrazzaq's request to visit his mother, who he has not been able to see in years and who is purportedly in declining health, in a non-custodial setting, is reasonable.  The United States previously stipulated to a brief extension (41 days) of Abdelrazzaq's reporting date, which he had sought for the same reason.  (*See* ECF Nos. 437, 441.)  His current request extends that date by only two months, to provide time for his brother to travel to Jordan to bring their mother here due to her inability to travel alone.  These have been Abdelrazzaq's only requests to extend his reporting date, and each extension has been relatively brief.

Abdelrazzaq proposes a shorter extension if the Court grants his request to travel to Jordan to visit his mother.  The Court declines to allow such travel outside the United States.

Accordingly,

**IT IS ORDERED** that Abdelrazzaq's motion to extend his reporting date is **GRANTED IN PART AND DENIED IN PART** in that the Court extends his

2

deadline to report to the Bureau of Prisons to September 8, 2025, but denies his

request for permission to travel outside the United States.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 26, 2025